The State of Ohio, Appellee, *v.* Antenori, Appellant.

[Cite as *State v. Antenori,* 124 Ohio St.3d 1219, 2010-Ohio-576.]

(No. 2009–0290—Submitted February 17, 2010—Decided February 24, 2010.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney, Assistant Public Defender, for appellant.